# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| ALLEN LUND COMPANY, LLC, | ) CASE NO.: 3-18-cv-00357-TMR |
| Plaintiff, | ) JUDGE THOMAS M. ROSE |
| vs. | ) MAGISTRATE JUDGE SHARON L. OVINGTON |
| CAPTAIN FREIGHT, LLC, | ) |
| Defendant. | ) |

## ORDER DIRECTING DEFAULT JUDGMENT AGAINST DEFENDANT CAPTAIN FREIGHT, LLC

This matter came before the Court on the motion of Plaintiff Allen Lund Company ("Allen Lund") for a final default judgment against Defendant Captain Freight, LLC ("Captain Freight") pursuant to Federal Rule of Civil Procedure 55(b)(2). After having considered the arguments, authorities, and affidavit submitted by Allen Lund, the Court finds as follows:

1. Allen Lund filed its Complaint against Captain Freight on October 31, 2018;

2. Captain Freight was served with a summons and copy of the Complaint on November 9, 2018, November 15, 2018, and December 5, 2018;

3. Captain Freight did not file an answer or other defense, and the office of the clerk entered default against Captain Freight on January 14, 2019;

4. Captain Freight has taken no action in this proceeding since default was entered; and,

5. Captain Freight is not a minor, an incompetent person, or a member of the military service of the United States of America.

11883908 v1

THEREFORE, IT IS ADJUDGED AND ORDERED that:

Judgment by default is entered in favor of Allen Lund and against Captain Freight in the amount of Thirty-Two Thousand Eight Hundred Forty-Five Dollars and Forty-Five Cents ($32,845.45), plus post-interest and costs according to law, from the date of this judgment until the entire amount is paid.

Date: February 19, 2019

*s/Thomas M. Rose*
_____
JUDGE THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE

11883908 v1